## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.** *et al,* | : | **Case No. 3:24-cv-00013** |
| | : | |
| | : | |
| **Plaintiffs,** | : | **Magistrate Judge Darrell A. Clay** |
| | : | |
| | : | |
| **vs.** | : | |
| | : | **JOINT STIPULATION OF** |
| **INEST PREMIER PROPERTIES, LLC,** *et al.* | : | **DISMISSAL** |
| | : | |
| | : | |
| **Defendants.** | : | |

Now come Plaintiffs and Defendants (the "Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate to the dismissal of the above-captioned action with prejudice. The Court shall retain jurisdiction to enforce the terms and conditions of the parties' Settlement Agreement.

Respectfully submitted,

/s/ C. Jacob Davis                                    /s/ Meghan Roth

_____                    _____

C. Jacob Davis, Esq. (#0101745)            Meghan Anderson Roth (0082165)
Nalls Davis | Attorneys at Law               Franceska Edinger (0100875)
33 White Allen Avenue                            Marshall & Melhorn, LLC
Dayton, Ohio 45405                                4 Seagate, 8th Floor, Toledo, Ohio 43604
Office: (937) 813-3003                            T: (419) 249-7111; F: (419) 249-7151
Fax: (937) 660-4400                               roth@marshall-melhorn.com
Email:Jacob.Davis@nallslaw.com          edinger@marshall-melhorn.com
*Attorney for Plaintiffs*                            *Attorneys for Defendants*

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing legal papers are being filed by utilizing the Court's electronic filing system. The Court's e-filing system will generate a notice and all parties and their counsel can access the filing on PACER.

Respectfully,

/s/ C. Jacob Davis

C. Jacob Davis (#0101745)
Attorney for Plaintiffs

SO ORDERED.

October 21, 2024

DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE

2